UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TAURIUS MARQUES HOLMES**                              **CIVIL ACTION**

**versus**                                              **NO. 10-1593**

**ROBERT C. TANNER, WARDEN**                            **SECTION: "J" (1)**

**O R D E R**

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 13) and adopts it as the Court's own opinion.  Accordingly,

**IT IS ORDERED** that the federal petition of **Taurius Marques Holmes** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of     December    , 2011.

_____
United States District Judge